# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEREMY G. STRICKLAND

NO. 2021 KW 0369

**JUNE 21, 2021**

---

In Re:   Jeremy G. Strickland, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, Nos. 93414, 95791, 93532, 85074, 86730, 88699, 91860, 95675, 88904, and 94888.

---

**BEFORE:   GUIDRY, McDONALD, AND McCLENDON, JJ.**

**WRIT DENIED.**

JMG
JMM
PMc

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT